# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of GEORGIA

| John E. Triplett<br>Clerk of Court | OFFICE of the CLERK<br>P.O. Box 1636<br>BRUNSWICK, GEORGIA 31521 | (912)280-1330 |

### NOTICE of FILING DEFICIENCY

To:    Ashley Beard                                  Date: 10/14/2025
Case:  5:25-cv-113                                   Party: Petitioner's Counsel

Your pleading,  Petition for Writ of Habeas Corpus                                                      ,

was filed on 10/14/25        , but remains deficient in the area(s) checked below:

[ ☐ ] No actions required (Informative Only)        or        [ ☒ ] Corrective Actions Required

☐  1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)

☐  2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.

☐  3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

☐  4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)

☐  5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.

☐  6. Motion is not in compliance with Local Rules.

    ☐  a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)

    ☐  b. No good faith document was submitted. (L.R. 26.5)

    ☐  c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)

    ☐  d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)

☐  7. For Judge Stan Baker cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.

☐  8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.

☒  9. Other:

Attorney is not admitted to practice in this Court. See Local Rule 83.4 and our website gasd.uscourts.gov for more information and forms. Please be advised that attorneys not properly admitted to practice should not sign pleadings or otherwise appear before this Court.

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: Jaime Hanna - 912-650-4024

Deputy Clerk