# In the United States District Court for the Southern District of Georgia
## Waycross Division

YOUNES DAVOODI BENI,

    Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,

    Respondents.

CV 5:25-113

## ORDER

On November 13, 2025, the Court issued an Order directing Petitioner's counsel to show cause, within seven days, why this case should not be dismissed due to counsel's failure to comply with the deficiency notice. Dkt. No. 3. The Court warned counsel that her "failure to respond to this Order will result in the dismissal of this cause of action." Id. Petitioner's counsel has filed no response, and the time for doing so has passed. Accordingly, Petitioner's 28 U.S.C. § 2241 petition is **DISMISSED** without prejudice. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 2 day of December, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA